FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ AUG 01 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ROBERT W. KNAPP and KATHLEEN KNAPP,

                              No. 1:13-cv-03532 (DLI)(RLM)

        Plaintiffs,

                              ECF CASE

    -against-

MERCK SHARP & DOHME CORP. and             **ADMISSION TO PRACTICE**
MERCK & CO., INC.,                             **PRO HAC VICE**

        Defendants.

----------------------------------------------------------------X

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Jonathan L. Williams is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendants Merck Sharp & Dohme Corp. and Merck & Co., Inc.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

*SO ORDERED:*

/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 7/31/13
United States District Judge

Dated: _____