UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN MIMETICS PRODUCTS LIABILITY LITIGATION, | ) Case No.13md2452 AJB (MDD)<br>)<br>) ORDER SETTING STATUS<br>) CONFERENCE<br>)<br>) |

    Pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multidistrict Litigation has transferred to this court certain actions from multiple district courts involving one or more common questions of fact. These cases are joined and consolidated with *Scott v. Merck & Co., Inc.*, 12cv2549 AJB (MDD) for purposes of conducting coordinated and streamlined pretrial proceedings. (Doc. No. 1.)

    For answers to many of the questions counsel may have, the Court hereby directs counsel to the United States Panel on Multidistrict Litigation website at www.jpml.uscourts.gov . This website provides general Multidistrict Litigation information and resources, as well as the Rules of Procedure governing the Judicial Panel on Multidistrict Litigation.

    PLEASE TAKE NOTICE that on ***October 17, 2013 at 9:00 a.m. (Pacific Time Zone)***, in Courtroom 3B, this Court will be conducting a Status Conference in this multidistrict litigation (MDL) case. At the Status Conference, the Court will discuss with counsel the status of these cases in addition to the following issues:

A. The appointment of lead, liaison, or coordinating counsel for the plaintiffs and the various defendants, respectively, to aid the Court in communicating with the parties and facilitating management of this case. In this regard:

(1) Counsel for each Plaintiff should immediately confer to discuss the selection of a plaintiffs' steering committee (PSC) and lead or liaison counsel. If an agreement can be reached, plaintiffs' counsel must submit a list of the selected lead, liaison or coordinating counsel and the PSC members no later than **October 7, 2013**. Alternatively, if an agreement cannot be reached, the Court will determine a process and set time line for selection of the PSC and lead or liaison counsel at the Status Conference.

(2) Each defendant must designate a single law firm and lead counsel with that firm representing the defendant's interests in the MDL as part of. These lead counsel will then become the defendants' steering committee (DSC). Each defendant must submit a designation of the selected firm and lead counsel, no later than **October 7, 2013.**

(3) The duties and responsibilities of the steering committees will be set by the Court in a future order.

B. Whether a master consolidated complaint and/or the designation of "bell weather" cases relative to the various alleged defective products will help facilitate or focus this case for dispositive motions and/or for trial.

C. Counsels' plans for future dispositive motions and/or *Daubert* motions.

D. A plan to address the preservation of the testimony of plaintiffs, or any witnesses, who are gravely ill.

In the interim, the Court orders as follows:

1. Counsel for defendants are to prepare and file a joint list of all related cases pending in state or federal court that have not yet joined this multidistrict litigation matter and, to the extent known, their respective status. This list must be submitted no later than ***October 7, 2013.*** Counsel for the defendants are also ordered to notify

plaintiffs counsel in the cases not joined of this pending Status Conference, and must do so forthwith.

2. If any party wishes to submit proposed agenda item(s) for the October 17, 2013 Status Conference, they must do so by filing the proposed agenda items in the above-referenced case no later than ***October 7, 2013.*** The list of proposed agenda items must not exceed two pages, without attachments, and must consist of bullet point items, without argument or legal analysis, reasoning or justification.

3. All attorneys of record for the parties who appeared in the transferor court prior to transfer to this MDL need not enter an additional appearance before this Court. Moreover, all attorneys admitted to practice, who are in good standing of any United States District Court, are hereby admitted to practice in this litigation pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Association of local counsel is not required. All counsel are expected to familiarize themselves with prior court orders and proceedings in this Court, as well as the Local Rules of the Southern District of California.

4. All the parties will comply with the Electronic Case Filing (ECF) Administrative Policies and Procedures Manual for the Southern District of California for all documents submitted for filing before this Court. Service through ECF shall be deemed sufficient with no additional service required.

5. All orders previously entered by Judge Dembin will remain in effect until further notice.

6. On or before **October 7, 2013**, all counsel are ordered to file a joint status report with regard to the status of current discovery and a brief description of any disputes pending. The joint status report and description of any disputes pending is limited to five pages, without attachments, and must not contain argument or legal analysis, reasoning, or justification.

7. Counsel are invited to appear at this Status Conference in person or by telephone. The parties and party representatives are not ordered to participate. If

counsel wish to participate by telephone, they are directed to confer with other counsel of record and create an agreed upon plan to set up a conference call to accommodate all interested counsel and circulate that plan among all known counsel. This plan and a list of all counsel participating by telephone must be submitted to the Court no later than ***October 7, 2013.***

    IT IS SO ORDERED.

DATED: September 11, 2013

_____
Hon. Anthony J. Battaglia
U.S. District Judge